## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| **LOCAL NO. 682 HEALTH AND WELFARE TRUST FUND, et al.,** | ) ) ) |
| **Plaintiffs,** | ) ) |
| v. | ) **Case No.: 4:05CV00921SNL** ) |
| **MOHAWK TRUCKING, LLC,** | ) ) |
| **Defendant.** | ) |

### JUDGMENT

This matter comes to the Court after due notice to the Defendant. Defendant remains in default. Based upon evidence presented by the Plaintiffs, the Court enters judgment against Defendant as follows:

In favor of Plaintiffs, Local 682 Health and Welfare Trust Fund and its Trustees, Seven thousand seven hundred forty dollars and fifty-six cents ($7,740.56) for unpaid contributions due pursuant to 29 U.S.C. §1132(g)(2)(A) and based on the accompanying affidavits; Six hundred forty-eight dollars and twenty-nine cents ($648.29) for interest on the foregoing unpaid contributions due pursuant to 29 U.S.C. §1132(g)(2)(B); Six hundred forty-eight dollars and twenty-nine cents ($648.29) for interest in lieu of liquidated damages pursuant to 29 U.S.C. §1132(g)(2)(C)(i), for a total of Nine thousand thirty-seven dollars and fourteen cents ($9,037.14).

For Plaintiffs' attorneys' fees in the amount of One thousand twenty-five dollars ($1,025.00) and Plaintiffs' costs in the amount of Three hundred twenty-seven dollars and eighty-seven cents ($327.87) based on the accompanying affidavits and pursuant to 29 U.S.C. § 1132(g)(2)(D).

| | |
|---|---|
| Contributions | $7,740.56 |
| Interest | $648.29 |
| Interest in lieu of liquidated damages | $648.29 |
| Attorney's fees | $1,025.00 |
| Costs | $327.87 |
| **Total** | **$10,390.01** |

Entered at St. Louis, Missouri on this 4th day of October, 2005.

_____
UNITED STATES DISTRICT JUDGE

2